**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SAMANTHA SAYLES, INDIVIDUALLY : No. 145 MM 2018
AND ON BEHALF OF ALL OTHERS :
SIMILARLY SITUATED :
:
:
:
v. :
:
:
:
ALLSTATE INSURANCE COMPANY :
:
:
PETITION OF: UNITED STATES COURT :
OF APPEALS FOR THE THIRD CIRCUIT :

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of October, 2018, the Petition for Certification of Question

of Law is GRANTED. This Court shall consider the following issue:

Whether, under Pennsylvania law, a contractual provision in a motor vehicle insurance policy that requires an insured to submit to an independent medical examination by a physician selected by the insurer, when and as often as the insurer may reasonably require, as a condition precedent to the payment of first -party medical benefits under that policy, conflicts with the Motor Vehicle Financial Responsibility Law, 75 Pa.C.S. §1796(a), and is therefore void as against public policy.

The Prothonotary is DIRECTED to establish a briefing schedule and list this case

for oral argument.